Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: kspelman@mount.com, fingerman@mount.com

Attorneys for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>The Glad Products Company, Bajer Design & Marketing Inc., Bayer Corporation, Bright Image Corporation, Church & Dwight Co. Inc., Colgate-Palmolive Company, Combe Incorporated, The Dial Corporation, Exergen Corporation, GlaxoSmithKline LLC, Hi-Tech Pharmacal Co. Inc., Johnson Products Company Inc., Maybelline LLC, McNeil-PPC Inc., Medtech Products Inc., Playtex Products Inc., Reckitt Benckiser Inc., Roche Diagnostics Corporation, SoftSheen-Carson LLC, Sun Products Corporation, Sunstar Americas Inc.<br><br>Defendants | Case No. 5:10-cv-00966-JF<br><br>**Plaintiff's Disclosure of Non-Party Interested Entities or Persons** |

1  Pursuant to Fed. R. Civ. Proc. 7.1, San Francisco Technology Inc. states that it has no parent
2  corporation, and no publicly held corporation owns 10% or more of its stock.
3  Pursuant to Civil L.R. 3-16, the undersigned certifies that, to the best of his knowledge, the
4  following listed persons, associations of persons, firms, partnerships, corporations (including parent
5  corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a
6  party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that
7  could be substantially affected by the outcome of this proceeding: Daniel S. Mount.

Date: March 11, 2010

Mount & Stoelker, P.C.,
/s/ Dan Fingerman
Attorneys for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\FALSE002\Attorney_Notes\Drafts\Disclosure of Non-Party Interested Entities or Persons.doc

Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

**Certificate of Service**

The undersigned certifies that on March 11, 2010, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Date: March 11, 2010

Mount & Stoelker, P.C.,
/s/ Dan Fingerman
Attorneys for San Francisco Technology Inc.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000