Pamela K. Fulmer (SBN 154736)
Chantelle C. Egan (SBN 257938)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
pkfulmer@jonesday.com
cegan@jonesday.com

Brian Selden (SBN 261828)
Michael J. Klepich (SBN 260574)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
bgselden@jonesday.com
mklepich@jonesday.com

Attorneys for Defendant
RECKITT BENCKISER INC.

\*\*E-Filed 5/28/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiffs, <br> v. <br><br> THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC. <br><br> Defendants. | Case No. 5:10-cv-00966-JF <br><br> **STIPULATION STAYING ALL PROCEEDINGS UNTIL THE FEDERAL CIRCUIT ISSUES A FINAL DECISION IN *STAUFFER* AND SETTING DEADLINE FOR DEFENDANTS TO MOVE OR PLEAD TO 30 DAYS THEREAFTER AND [PROPOSED] ORDER** |

SVI-80381v1

STIPULATION TO STAY AND SETTING DEADLINE
TO MOVE OR PLEAD AND [PROPOSED] ORDER
Case No. 5:10-CV-00966-JF

Plaintiff San Francisco Technology Inc. ("Plaintiff") and the undersigned defendants, The Glad Products Company, Bajer Design & Marketing Inc., Colgate-Palmolive Company, Combe Incorporated, and Reckitt Benckiser Inc. ("Defendants"), through their respective counsel, hereby make the following stipulation (the "Stipulation").

WHEREAS, Plaintiff filed its complaint (D.I. 1) on March 5, 2010 (the "Complaint") alleging that each of the Defendants has falsely marked articles in violation of 35 U.S.C. § 292;

WHEREAS, Plaintiff had earlier filed a substantially similar complaint asserting the same false marking claim against other defendants in *San Francisco Technology Inc. v. Adobe Systems Incorporated, et al.*, Case No. 2009-06083 ("*Adobe*"), on December 30, 2009;

WHEREAS, on April 13, 2010, after full briefing and argument, Judge Seeborg of the Northern District of California stayed *Adobe* pending resolution of *Stauffer v. Brooks Bros.*, Appeal Nos. 2009-1428, 2009-1430, 2009-1453 ("*Stauffer*");

WHEREAS, Judge Seeborg held in *Adobe* that the circumstances in which a private party has standing under Article III of the United States Constitution to bring a *qui tam* action for false patent marking under 35 U.S.C. § 292(b) is an issue of first impression currently pending before the United States Court of Appeals for the Federal Circuit in *Stauffer*;

WHEREAS, Judge Seeborg held that once the *Stauffer* decision is rendered, the Federal Circuit's reasoning and analysis will likely bear directly on this Court's consideration of the pending motions to dismiss for lack of subject matter jurisdiction;

WHEREAS, the parties agree that Judge Seeborg's reasoning is equally applicable to this proceeding and, therefore, stipulate and agree that all claims asserted herein against Defendants, The Glad Products Company, Colgate-Palmolive Company, Bajer Design & Marketing Inc., Combe Incorporated, and Reckitt Benckiser Inc. should be stayed pending a final decision by the Federal Circuit;

WHEREAS, the Stipulation would stay the hearings and all related proceedings on the Motion to Dismiss (D.I. 76) and Motion to Stay (D.I. 94) filed by Bajer Design & Marketing Inc. on April 8, 2010;

| | |
|---|---|
| 1 | WHEREAS, the Stipulation would stay the hearing and all related proceedings on the |
| 2 | Motion to Dismiss (D.I. 83) filed by Colgate-Palmolive Company on April 8, 2010; |
| 3 | WHEREAS, of the Defendants, The Glad Products Company and Reckitt Benckiser Inc. |
| 4 | have each previously stipulated with Plaintiff to extend time to respond to the Complaint, |
| 5 | pursuant to Civil Local Rule 6-1(a), to May 14, 2010 (D.I. 64 and D.I. 56, respectively); |
| 6 | WHEREAS, the purpose of the stay is to narrow the litigated issues in this case and the |
| 7 | stipulating parties have agreed to further narrow the litigated issues in this case by agreeing not to |
| 8 | object to venue and personal jurisdiction in the Northern District of California for this case; |
| 9 | WHEREAS, the requested time modification would have no other effect on the schedule |
| 10 | for the case because currently no trial date has been set; and |
| 11 | WHEREAS, the parties herein have agreed to stay all proceedings until the Federal |
| 12 | Circuit issues a final decision in the *Stauffer* decision (or further order of the Court). |
| 13 | THE PARTIES HEREBY STIPULATE THAT: |
| 14 | These proceedings and all aspects of the case with respect to Defendants, The Glad |
| 15 | Products Company, Colgate-Palmolive Company, Bajer Design & Marketing Inc., Combe |
| 16 | Incorporated and Reckitt Benckiser Inc., are hereby stayed until 1) the Federal Circuit issues a |
| 17 | final decision in *Stauffer v. Brooks Bros.*, Appeal Nos. 2009-1428, 2009-1430, 2009-1453 (i.e., at |
| 18 | the expiration of time to file a petition for rehearing or the denial of a timely-filed petition), and 2) |
| 19 | further order of the Court in accordance with the Federal Circuit's decision in *Stauffer*; |
| 20 | The responsive pleadings of Defendants, The Glad Products Company, Colgate-Palmolive |
| 21 | Company, Bajer Design & Marketing Inc., and Reckitt Benckiser Inc., are hereby due 30 days |
| 22 | thereafter; and |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

| | |
|---|---|
| 1 | The stipulating parties have agreed not to object to venue and personal jurisdiction in the |
| 2 | Northern District of California for this case. |

                                    Respectfully submitted,

Dated:  May 13, 2010               JONES DAY


                                    By: /s/ Pamela K. Fulmer
                                        Pamela K. Fulmer
                                        Counsel for Defendant Reckitt
                                        Benckiser Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatories below.

Dated:  May 13, 2010               MOUNT & STOELKER, P.C.


                                    By: /s/ Daniel H. Fingerman
                                        Daniel H. Fingerman
                                        MOUNT & STOELKER, P.C.
                                        333 West San Carlos Street,
                                        Suite 1650
                                        San Jose CA 95110
                                        Telephone:    (408) 279-7000
                                        Facsimile:    (408) 998-1473
                                        Counsel for Plaintiff San Francisco
                                        Technology Inc.

Dated:  May 13, 2010               FARELLA BRAUN & MARTEL LLP


                                    By: /s/ Roderick Manley Thompson
                                        Roderick Manley Thompson
                                        FARELLA BRAUN & MARTEL LLP
                                        235 Montgomery Street, 17th Floor
                                        San Francisco, CA 94104
                                        Telephone:    (415) 954-4400
                                        Facsimile:    (415) 954-4480
                                        Counsel for Defendant The Glad
                                        Products Company

| | | |
|---|---|---|
| 1 | Dated: May 13, 2010 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By: /s/ Stephen B. Peck |
| 4 | | Stephen B. Peck<br>HANSON BRIDGETT LLP |
| 5 | | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 6 | | Telephone: (415) 777-3200<br>Facsimile: (415) 551-9366 |
| 7 | | Counsel for Defendant Bajer Design & Marketing Inc. |
| 8 | | |
| 9 | Dated: May 13, 2010 | KIRKLAND & ELLIS LLP |
| 10 | | |
| 11 | | By: /s/ David K. Callahan |
| 12 | | David K. Callahan<br>KIRKLAND & ELLIS LLP |
| 13 | | 300 North LaSalle Street<br>Chicago, IL 60654 |
| 14 | | Telephone: (312) 862-2182<br>Facsimile: (312) 862-2200 |
| 15 | | Counsel for Defendant Colgate-Palmolive Company |
| 16 | | |
| 17 | Dated: May 13, 2010 | MCMANIS FAULKNER |
| 18 | | |
| 19 | | By: /s/ Matthew Schechter |
| 20 | | Matthew Schechter<br>MCMANIS FAULKNER |
| 21 | | 50 West San Fernando Street<br>10th Floor |
| 22 | | San Jose, CA 95113<br>Telephone: (408) 279-8700 |
| 23 | | Counsel for Defendant Combe Incorporated |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: May 28, 2010        By: _____
                               THE HON. JEREMY FOGEL
                               United States District Court Judge