| | |
|---|---|
| 1 | Robert J. Kent, CAB #250905;<br>rjkent@fr.com | **E-Filed 6/29/2010** |
| 2 | FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500 | |
| 3 | Redwood City, CA 94063<br>Telephone: (650) 839-5070 | |
| 4 | Facsimile: (650) 839-5071 | |

1   Robert J. Kent, CAB #250905;
    rjkent@fr.com
2   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
3   Redwood City, CA 94063
    Telephone: (650) 839-5070
4   Facsimile: (650) 839-5071

5   Attorney for Defendant
    EXERGEN CORPORATION
6
    Kathryn G. Spelman, CAB #154512;
7   kspelman@mount.com
    Daniel H. Fingerman, CAB #229683;
8   dfingerman@mount.com
    MOUNT & STOELKER, PC
9   River Park Tower, Suite 1650
    333 W. San Carlos Sreet
10  San Jose, CA 95110
    Telephone: (408) 279-7000
11  Facsimile: (408) 998-1473

12  Attorneys for Plaintiff
    SAN FRANCISCO TECHNOLOGY INC.
13
                UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15
                        (SAN JOSE DIVISION)
16

17  SAN FRANCISCO TECHNOLOGY INC.,          Case No. CV10-00966 JF

                    Plaintiff,              **STIPULATION UNDER LOCAL RULES 6-
18  v.                                      1 AND 6-2 AND [PROPOSED] ORDER
                                            SHORTENING TIME**
19  THE GLAD PRODUCTS COMPANY, BAJER
    DESIGN & MARKETING INC., BAYER
20  CORPORATION, BRIGHT IMAGE
    CORPORATION, CHURCH & DWIGHT CO.
21  INC., COLGAGE-PALMOLIVE COMPANY,
    COMBE INCORPORATED, THE DIAL
22  CORPORATION, EXERGEN CORPORATION,
    GLAXOSMITHKLINE LLC, HI-TECH
23  PHARMACAL CO. INC., JOHNSON
    PRODUCTS COMPANY INC., MAYBELLINE
24  LLC, MCNEIL-PPC INC., MEDTECH
    PRODUCTS INC., PLAYTEX PRODUCTS
25  INC., RECKITT BENCKISER INC., ROCHE
    DIAGNOSTICS CORPORATION,
26  SOFTSHEEN-CARSON LLC, SUN
    PRODUCTS CORPORATION, SUNSTART
27  AMERICAS INC.,

28                  Defendants.

1    Defendant Exergen Corporation ("Exergen") and Plaintiff San Francisco Technology, Inc.

2   ("SF Tech") through their respective counsel, hereby make the following stipulation:

3    WHEREAS, Plaintiff SF Tech filed its complaint (D.I. 1) on March 5, 2010 ("the

4   Complaint");

5    WHEREAS, Plaintiff SF Tech served the Summons and Complaint on Exergen via U.S.

6   Mail on June 15, 2010 (Kent Decl., ¶3);

7    WHEREAS, Exergen received the Summons and Complaint on June 18, 2010 (Kent Decl.,

8   ¶4);

9    WHEREAS, pursuant to CCP § 415.40 (applicable pursuant to Fed. R. Civ. P. 4(h)(1)(A)

10   and Fed. R. Civ. P. 4(e)(1)) and Fed. R. Civ. P. 12(a)(1)(A)(i), the deadline for Exergen to move

11   or plead in response to the Complaint is July 21, 2010;

12    WHEREAS, Exergen intends to file a pre-answer motion pursuant, *inter alia*, to Fed. R.

13   Civ. P. 12(b);

14    WHEREAS, certain other defendants have filed pre-answer motions;

15    WHEREAS, on May 18, 2010, the Clerk in this matter posted a notice (D.I. 186) setting a

16   conference on July 8, 2010 to hear the defendants' motions to dismiss, motions to stay, and

17   motions to sever; and

18    WHEREAS, the parties believe that the interests of judicial efficiency favor hearing

19   Exergen's motion on July 8, 2010, together with the pre-answer motions of Exergen's co-

20   defendants,

21    NOW THEREFORE, THE PARTIES STIPULATE THAT:

22    Defendant Exergen shall file any motion to dismiss, motion to stay, or motion to sever no

23   later than June 30, 2010;

24    Plaintiff SF Tech shall file its opposition to Exergen's motion, if necessary, no later than

25   July 7, 2010; and

26    Any such motion shall be heard during the July 8, 2010 hearing currently scheduled in this

27   case.

28   ///

Dated:  June 24, 2010                    FISH & RICHARDSON P.C.


                                         By: */s/ Robert J. Kent*
                                             Robert J. Kent

                                         Attorney for Defendant
                                         EXERGEN CORPORATION

Dated:  June 24, 2010                    MOUNT & STOELKER, PC


                                         By: */s/ Robert J. Kent on behalf of*
                                             *Daniel H. Fingerman*
                                             Daniel H. Fingerman

                                         Attorneys for Plaintiff
                                         SAN FRANCISCO TECHNOLOGY, INC.

## DECLARATION

     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

penalty of perjury that concurrence in the filing of this document has been obtained from Daniel

Fingerman.


Dated:  June 24, 2010                    FISH & RICHARDSON P.C.


                                         By: */s/ Robert Kent*
                                             Robert J. Kent

                                         Attorney for Defendant
                                         EXERGEN CORPORATION


///

///

///

///

///

///

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated: _____6/29/2010_____          _____
                                         THE HONORABLE JEREMY FOGEL
                                         United States District Court Judge


50720060.doc

STIPULATION UNDER LOCAL RULES 6-1 AND 6-2 AND
[PROPOSED] ORDER SHORTENING TIME
Case No. CV10-00966 JF

1

## **CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that on June 24, 2010, all counsel of record who are

3  deemed to have consented to electronic service are being served with a copy of the

4  **STIPULATION UNDER LOCAL RULES 6-1 AND 6-2 AND [PROPOSED] ORDER**

5  **SHORTENING TIME** via the Court's CM/ECF system per Local Rule 5-4 and General Order

6  45.  Any other counsel of record will be served by first class mail.

7                                                         */s/ Robert J. Kent*
                                                         Robert J. Kent
8

9
50720060.doc
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28