1    Robert J. Kent, CAB #250905
     rjkent@fr.com
2    FISH & RICHARDSON P.C.
     500 Arguello Street, Suite 500
3    Redwood City, CA 94063
     Telephone:  (650) 839-5070
4    Facsimile:   (650) 839-5071

5    Attorney for Defendant
     EXERGEN CORPORATION
6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         (SAN JOSE DIVISION)

10

11   SAN FRANCISCO TECHNOLOGY INC.,        Case No. CV10-00966 JF

12                Plaintiff,               **AMENDED [PROPOSED] ORDER
                                           GRANTING APPLICATION FOR
13   v.                                    ADMISSION OF ATTORNEY *PRO HAC
                                           VICE***
14

15   THE GLAD PRODUCTS COMPANY, BAJER
     DESIGN & MARKETING INC., BAYER
16   CORPORATION, BRIGHT IMAGE
     CORPORATION, CHURCH & DWIGHT CO.
17   INC., COLGAGE-PALMOLIVE COMPANY,
     COMBE INCORPORATED, THE DIAL
18   CORPORATION, EXERGEN CORPORATION,
     GLAXOSMITHKLINE LLC, HI-TECH
19   PHARMACAL CO. INC., JOHNSON
     PRODUCTS COMPANY INC., MAYBELLINE
20   LLC, MCNEIL-PPC INC., MEDTECH
     PRODUCTS INC., PLAYTEX PRODUCTS
21   INC., RECKITT BENCKISER INC., ROCHE
     DIAGNOSTICS CORPORATION,
22   SOFTSHEEN-CARSON LLC, SUN
     PRODUCTS CORPORATION, SUNSTART
23   AMERICAS INC.,

24                Defendants.

25

26         Thomas A. Brown, whose business address and telephone number is Fish & Richardson,

27   P.C., 225 Franklin Street, Boston, Massachusetts 02110-2804, (617) 542-5070, and who is an

28   active member in good standing of the bar of the Commonwealth of Massachusetts, having

1    applied in the above-entitled action for admission to practice in the Northern District of California

2    on a *pro hac vice* basis, representing Exergen Corporation.

3        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

4    conditions of Civil L.R. 11-3. All papers filed by Thomas A. Brown must indicate appearance *pro*

5    *hac vice*. Service of papers upon and communication with co-counsel designated in the

6    application will constitute notice to the party. All future filings in this action are subject to the

7    requirements contained in General Order No. 45, Electronic Case Filing.

8

9    Dated: ____7/6____, 2010

10

11                      _____

12                      Honorable Jeremy D. Fogel
                       United States District Court Judge

13

14    50720769.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2    AMENDED [PROPOSED] ORDER GRANTING APPLICATION
          FOR ADMISSION OF ATTORNEY PRO HAC VICE
          Case No. CV10-00966 JF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45. Any other counsel of record will be served by first class mail.

/s/ Robert J. Kent
Robert J. Kent

50721929.doc